# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LOUIS REY PEREZ, III,<br><br>               Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | Case No. 23-CV-718-JPS<br><br>**ORDER** |

In light of Petitioner Louis Rey Perez, III's ("Petitioner") failure to timely file a brief in support of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, *see* ECF No. 8, Respondent is hereby ordered to file its brief in opposition to Petitioner's motion on or before **Monday, February 5, 2024**. Petitioner has forfeited his opportunity to file a brief in support of his motion. Petitioner may nevertheless file a reply brief within 15 days after the filing of Respondent's brief in opposition.

Accordingly,

**IT IS ORDERED** that Respondent shall **FILE** its brief in opposition to Petitioner Louis Rey Perez, III's § 2255 motion on or before **Monday, February 5, 2024.**

Dated at Milwaukee, Wisconsin, this 4th day of December, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge